IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>―――――――――――<br><br>ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. 23-50419 (JTD)<br><br><br><br><br><br><br><br>Adv. Ref. Nos. 1 & 2 |

## NOTICE OF FILING CORRECTED PAGES OF COMPLAINT

**PLEASE TAKE NOTICE** that on June 27, 2023, Alameda Research LLC, FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) (the "Plaintiffs") commenced the above captioned adversary proceeding by filing a *Complaint* [Adv. D.I. 1 & 2] (the "Complaint").

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs hereby file certain pages of the Complaint correcting typographical errors contained in the Complaint (the "Corrected Pages"), which are attached hereto as **Exhibit 1**. A copy of the Corrected Pages compared against the same pages included in the Complaint are attached hereto as **Exhibit 2**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071438.2}

| | |
|---|---|
| Dated: June 28, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          mcguire@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>William A. Burck (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br><br>Sascha N. Rand (admitted *pro hac vice*)<br>Katherine A. Lemire (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>sascharand@quinnemanuel.com<br>katherinelemire@quinnemanuel.com<br><br>*Special Counsel to the Debtors* |