# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>―――――――――――――――――<br><br>ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. 23-50419 (JTD)<br><br><br>**WAIVER OF THE SERVICE OF SUMMONS** |

To FTX Trading Ltd., et al.:

I have received your request to waive service of a summons in this action along with a copy of the complaint and an electronic copy of this waiver form, and I have the means of returning one signed copy of the form to you via electronic mail.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

―――――――――――――――――

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

I also understand that, pursuant to our conversation on July 5, 2023, I must respond to this action within 70 days. If I fail to do so, a default judgment will be entered against me.

Date: __July 7, 2023_____

_____*[signature]*_____
(Signature of the attorney
or unrepresented party)

Daniel Friedberg
(Printed name)

1133 Bigelow Ave N, Seattle, WA 98109
(Address)