# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD)<br><br>Adv. Ref. Nos. 1, 6, 7, 8 & __ |

## ORDER APPROVING SECOND STIPULATION FOR
## EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Upon the Certification of Counsel and the *Second Stipulation for Extension of Time for Defendant to Respond to Complaint* (the "Stipulation")[2] entered into between Plaintiffs, Alameda Research LLC, FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US), and Defendant Daniel Friedberg, a copy of which is attached hereto as **Exhibit A**; and the Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore;

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.002-W0072815.}

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.


Dated: _____, 2023
       Wilmington, Delaware

                                  _____
                                  The Honorable John T. Dorsey
                                  United States Bankruptcy Judge

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD) |

## SECOND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiffs, Alameda Research LLC, FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) (the "Plaintiffs"), and Defendant Daniel Friedberg (the "Defendant" and, together with the Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Second Stipulation for an Extension of Time for Defendant to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072816.}

1. On June 27, 2023, the Plaintiffs initiated the above-captioned adversary proceeding by filing the *Complaint* [Adv. D.I. 1] (the "Complaint").

2. On July 7, 2023, the Defendant executed a *Waiver of the Service of Summons* [Adv. D.I. 6], agreeing to accept and waive his objections, if any, to service of process. The Defendant's deadline to respond to the Complaint was September 15, 2023.

3. On July 26, 2023, the Plaintiffs filed the *Notice of Pretrial Conference* [Adv. D.I. 7], noticing a pretrial conference (the "Pretrial Conference") for October 4, 2023 at 1:00 p.m. (ET), pursuant to rule 7004-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

4. On September 22, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession filed the *Notice of Rescheduled Hearing Date* in the main chapter 11 proceedings [D.I. 2680], rescheduling the Pretrial Conference to October 19, 2023 at 10:00 a.m. (ET).

5. On September 27, 2023, the Plaintiffs filed the *Stipulation for an Extension of Time for Defendant to Respond to Complaint* [Ad. D.I. 8], extending the Defendant's deadline to respond to the Complaint to October 4, 2023.

6. The Parties have conferred regarding an agreement to further extend the Defendant's response deadline and adjourn the Pretrial Conference.

7. The Defendant's deadline to respond to the Complaint shall be extended through and including October 20, 2023.

8. The Pretrial Conference shall be adjourned to November 15, 2023 at 1:00 p.m. (ET).

9. The Defendant has further agreed to waive his right to seek further extension and/or continuance of his deadline to respond to the Complaint.

Dated: October 4, 2023

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Matthew B. McGuire | /s/ Rafael X. Zahralddin |
| Adam G. Landis (No. 3407) | Rafael X. Zahralddin (No. 4244) |
| Matthew B. McGuire (No. 4366) | 500 Delaware Avenue, Suite 700 |
| Kimberly A. Brown (No. 5138) | Wilmington, DE 19801 |
| Matthew R. Pierce (No. 5946) | Telephone: (302) 985-6004 |
| 919 Market Street, Suite 1800 | Rafael.Zahralddin@lewisbrisbois.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | *Counsel to Defendant Daniel Friedberg* |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | |
| brown@lrclaw.com | |
| pierce@lrclaw.com | |

*Counsel to the Debtors and Debtors-in-Possession*

      -and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

William A. Burck (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

Sascha N. Rand (admitted *pro hac vice*)
Katherine A. Lemire (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
sascharand@quinnemanuel.com
katherinelemire@quinnemanuel.com

*Special Counsel to the Debtors*