# **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, a true and correct copy of the foregoing *Defendant's Answer, Affirmative Defenses, and Counterclaims* was electronically filed with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

*/s/ Rafael X. Zahralddin*
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)

131022704.1