# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. 23-50419 (KBO) |
| DANIEL FRIEDBERG, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, it is hereby stipulated and agreed, by and among Plaintiff FTX Recovery Trust and Defendant Daniel Friedberg, by and through their undersigned counsel, that the above-captioned adversary proceeding is dismissed without prejudice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 8, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| /s/ *Matthew B. McGuire* | /s/ *Douglas D. Herrmann* |
| Adam G. Landis (No. 3407) | Douglas D. Herrmann (No. 4872) |
| Matthew B. McGuire (No. 4366) | Hercules Plaza |
| Kimberly A. Brown (No. 5138) | 1313 N. Market Street, Suite 1000 |
| Matthew R. Pierce (No. 5946) | Wilmington, Delaware 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 421-8390 |
| Wilmington, Delaware 19801 | Douglas.Herrmann@troutman.com |
| Telephone: (302) 467-4400 | |
| Email: landis@lrclaw.com | -and- |
|   mcguire@lrclaw.com | |
|   brown@lrclaw.com | **CHIPMAN BROWN CICERO & COLE, LLP** |
|   pierce@lrclaw.com | |
| | Robert A. Weber (No. 4013) |
| -and- | 1313 N. Market Street, Suite 5400 |
| | Wilmington, Delaware 19801 |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Telephone: (302) 295-0196 |
| | Weber@chipmanbrown.com |
| Sascha N. Rand (admitted *pro hac vice*) | |
| 295 5th Avenue, 9th Floor | *Counsel for Defendant* |
| New York, New York 10016 | |
| (212) 849-7000 | |
| sascharand@quinnemanuel.com | |
| | |
| -and- | |
| | |
| William R. Sears (admitted *pro hac vice*) | |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, California 90017 | |
| Telephone: (213) 443-7000 | |
| willsears@quinnemanuel.com | |
| | |
| *Counsel to the FTX Recovery Trust* | |